IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM NORKUNAS, Individually, | |
| Plaintiff, | Case No. 5: 11-cv-461-MTT |
| v. | |
| KHODIYAR HOTEL, LLC, a Georgia limited liability company and MATAJI ENTERPRISES, LLC a Georgia limited liability company | |
| Defendant (s) | |

## STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendants, by and through undersigned counsel, hereby move this Court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit A (the "Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC '12188 (a)(2) 2000.

Wherefore, Plaintiff and Defendants respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

| **PLAINTIFF:** | **DEFENDANTS:** |
|---|---|
| Jimmy Hwang, LLC, Esquire<br>Georgia Bar No.: 381251<br>JIMMY HWANG, LLC<br>5008 Buford Highway, Suite C<br>Atlanta, GA 30341 Telephone: (678) 723-4444<br>Facsimile: (678) 723-4445<br>Jhwang@jhlawga.com<br>Lawrence A. Fuller, Esquire, *pro hac vice*<br>FULLER, FULLER & ASSOCIATES, P.A.<br>12000 Biscayne Boulevard, Suite 609<br>North Miami, FL 33181<br>Telephone: (305) 891-5199<br>Facsimile: (305) 893-9505<br>Lfuller@fullerfuller.com<br><br>By: *[signature]*<br>Lawrence A. Fuller, Esq.<br><br>Date: Oct 23, 2013 | Joel M. Haber, Esquire<br>Georgia Bar No.: 316422<br>LAW OFFICE OF JOEL M. HABER<br>2365 Wall Street, Suite 120<br>Conyers, GA 30013 Telephone: (770) 992-9080<br>Facsimile: (770) 922-4647<br>Joel@joelhaber.com<br><br>By: *[signature]*<br>Joel M. Haber, Esq.<br><br>Date: OCT 9, 2013 |

3